# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
**A TRUE COPY**
Apr 25, 2024
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

the safe deposit box #1329 located inside the U.S. Bank at 5888 North Port Washington Road, Glendale, WI, 53217; (See Attachments)

)
)
)
)
)
)
)

Case No.   24   MJ   101

**Matter No.: 2023R00486**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❏ contraband, fruits of crime, or other items illegally possessed;

❏ property designed for use, intended for use, or used in committing a crime;

❏ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, §§ 841 and Title 18, United States Code, §§ 924(c) | Possession with intent to distribute marijuana; and Possession of a firearm in furtherance of a drug-trafficking offense |

The application is based on these facts:

See the attached affidavit.

☑ Continued on the attached sheet.

❏ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Michael LOPEZ

Digitally signed by Michael LOPEZ
Date: 2024.04.24 07:11:54 -05'00'

*Applicant's signature*

TFO Michael Lopez, DEA/HIDTA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone _____ *(specify reliable electronic means)*.

Date: 04/25/2024

*Judge's signature*

City and state:   Milwaukee, Wisconsin

Hon. William E. Duffin, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**
**Matter No.: 2023R00486**

I, Michael Lopez, being first duly sworn, hereby depose and state as follows:

**PURPOSE OF AFFIDAVIT**

1.      This affidavit is made in support of an application for a warrant to search Safe Deposit Box #1329 that is located inside the U.S. Bank located at 5888 North Port Washington Road, Glendale, WI, 53217.

**INTRODUCTION AND AGENT BACKGROUND**

2.      I am a Task Force Officer with the Drug Enforcement Administration (DEA) and have been since March 2020. I am also a Police Officer with the Milwaukee Police Department and have been since September 2000.  As a part of my duties, I investigate criminal violations relating to narcotics trafficking offenses, including violations of Title 21, United States Code, Sections 841, 843, and 846, and federal firearms offenses, including violations of Title 18, United States Code, Sections 922(g), 924(a), and 924(c). In the course of my experience, I have and continue to be involved in investigations of criminal offenses and have assisted with search warrants for items related to gang investigations, organized crime, violent crime, firearms offenses, drug trafficking, thefts, counterfeit crimes, forgeries, including cellular telephones and other electronic telecommunication devices.

3.      I have had formal training in the investigation of drug trafficking. I have worked with numerous informants in the investigation of drug trafficking. I have participated in the execution of numerous search warrants in which controlled substances, firearms, drug paraphernalia, and counterfeit monies were seized.

4. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of and to make arrests for federal felony offenses.

5. This affidavit is based upon my personal knowledge and upon information provided to me by other federal, state, and local law enforcement officers during the course of their official duties. Throughout this affidavit, I refer to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation.

6. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1), and 846 have been committed by Chistopher FORTENBERRY, Dominque FORTENBERRY, Tiffany RAYMOND and others known and unknown. There is also probable cause to search the Subject Premises described in Attachment A for evidence and instrumentalities of these crimes further described in Attachment B.

**JURISDICTION**

8. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

2

9.      Case agents are currently investigating the drug trafficking activities of Dominique L. FORTENBERRY, Christopher FORTENBERRY, and Tiffany S. RAYMOND for Conspiracy to Distribute Controlled Substances in violations of Title 21, United States Code, Sections 841(a)(1) and 846.

Identification of TARSH SMITH

10.     In June 2023, case agents initiated an investigation into Tarsh A. SMITH, who was identified by a confidential source as a person who was distributing large amounts of heroin in Milwaukee, Wisconsin. During the preliminary investigation, case agents conducted a check that showed SMITH was on extended supervision with the Wisconsin Department of Corrections for Possess w/Intent-Cocaine (>5-15g), and 2nd-Degree Recklessly Endangering Safety under Milwaukee County Circuit Court Case Number 2015CF631.

11.     Further investigation showed that on February 1, 2021, SMITH was charged with Possess w/Intent-Heroin (>10-50g) and Possess w/Intent-Cocaine (>1-5g) in Milwaukee County Circuit Court Case Number 2021CF380.  According to Wisconsin's Consolidated Court Automation Programs (CCAP), the date of the offenses was January 28, 2021.  Case agents reviewed Milwaukee Police Department reports regarding the case and learned that the analysis of a cellphone linked to SMITH contained communications consistent with drug trafficking, including the sale of heroin.

12.     Case agents searched CLEAR for any records for SMITH. CLEAR is a database containing public records available to law enforcement.  Case agents have used this database in the past and found it to be reliable and accurate.  A search of CLEAR showed SMITH's last known address was 10430 West Innovation Drive, Apartment 112, Wauwatosa, WI.

13.     On June 2, 2023, case agents served Community Manager Stacy Becker of Mandel Group, a property management company for 10430 West Innovation Drive, Wauwatosa, WI, an administrative subpoena for information related to Apartment 112. Becker confirmed SMITH is the lone tenant of 10430 West Innovation Drive, Apartment 112, Wauwatosa, WI and signed a lease agreement for the property on December 9, 2022. Becker further provided case agents with a copy of SMITH's Wisconsin driver's license, which SMITH provided during the rental application process.  Becker further informed case agents that SMITH was assigned parking stall "108" in the underground parking garage.

14.     On June 6, 2023, the Honorable Michael J. Hanrahan, Circuit Court Judge for Branch 4 in Milwaukee County, authorized a warrant allowing a certified drug detection canine and its handler to enter onto the curtilage of 10430 West Innovation Drive, Apartment 112, Wauwatosa, WI to conduct a dog sniff.

15.     On June 9, 2023, pursuant to a positive alert by the drug detection canine, the Honorable Jean M. Kies, Circuit Court Judge for Branch 45 in Milwaukee County, authorized a warrant to search the premises at 10430 West Innovation Drive, Apartment 112, Wauwatosa, WI.

16.     On June 13, 2023, case agents executed the warrant to search 10430 West Innovation Drive, Apartment 112, Wauwatosa, WI (hereinafter, "the premises").  During the execution of the search warrant, SMITH along with Desiree D. Washington and a juvenile with the initials D.W were located inside the premises.

17.     During a search of the premises, case agents found a black and gray Nike brand shoe box inside the bathroom vanity. The shoe box contained a black canvas bag that held a Gucci brand bag. The Gucci bag contained a gray chunk of suspected fentanyl inside a sandwich baggie. The suspected fentanyl was in the shape of a square and appeared to be manufactured in a press.

4

Also inside the shoe box was a second sandwich baggie that contained a tan chunk of suspected fentanyl. The shoebox had a third sandwich baggie that contained an off-white chunk of suspected crack cocaine as well. The substances were later subjected to Nark II field tests. The suspected fentanyl tested positive for the presence of fentanyl with total weights of 120 grams and 80 grams. The suspected crack cocaine tested positive for the presence of cocaine with a total weight of 40 grams.

18.     In a bathroom vanity on the premises, case agents found a black Adidas brand bag that contained a Magic Bullet brand blender with gray residue inside the blender. A sample of the residue from inside the blender was later subject to a Nark II Field test. The substance tested positive for the presence of fentanyl.

19.     Case agents found brown paper bags in the center drawer of the bathroom vanity on the premises. The paper bags contained numerous sandwich baggies with the corners missing. Based on their training and experience, and the investigation to date, case agents are aware that controlled substances are often distributed in the corners of plastic baggies, which are later cut off from the larger bag.

20.     Case agents found a white plate in the center drawer of the bathroom vanity on the premises. The white plate contained a tan residue. The plate was later transported to North Central HIDTA. Case agents subjected a sample of the residue to a Nark II field test no. 33. The substance tested positive for the presence of fentanyl. Case agents also found a black digital gram scale in the center drawer of the bathroom vanity.

21.     Case agents found a black Glock 43X 9mm handgun with serial no. BXCD414. The firearm contained one unspent 9mm cartridge in the chamber and 14 unspent 9mm cartridges in the magazine. Case agents located the Glock in the front pocket of a gray 3XL Nike brand hooded

5

sweatshirt. The sweatshirt was located on the right side of the bed along the headboard in the master bedroom of the premises. The Glock was located with a gold necklace with a crown pendant with the word "Huncho" attached to the pendant.

22. Case agents found $7,280 U.S. currency inside the right front pants pocket of a pair of blue jeans that were recovered from the ground, next to the bed, near the window of the master bedroom of the premises. Also in the master bedroom, case agents recovered an ETS brand 9mm extended magazine in the closet. The magazine contained 15 unspent 9mm cartridges. Finally, case agents recovered the following phones: a black iPhone with no case; a black Sonim flip style cellular phone; a black iPhone with no case and shattered back; a black iPhone with clear case; a red iPhone with a Supreme brand case; and a blue iPhone with a clear case and black magnet holder.

23. In the kitchen island, case agents found a black digital gram scale and a blue plate containing an off-white residue. The plate was later transported to North Central HIDTA. Case agents subjected a sample of the residue to a Nark II field test no. 07. The substance tested positive for the presence of cocaine. In the cabinet under the kitchen sink, case agents found a Pyrex glass. The Pyrex contained an off-white residue. The Pyrex was later transported to North Central HIDTA. Case agents subjected a sample of the residue to a Nark II field test no. 07. The substance tested positive for the presence of cocaine.

24. On June 14, 2023, the Honorable Barry Phillips authorized a search warrant to conduct a forensic analysis of the above-referenced cellular phones that were seized during the execution of the search warrant at 10430 West Innovation Drive, Apartment 112, Wauwatosa, WI.

25. Forensic analysis of the blue iPhone reflects that is associated with phone number 414-610-5413 and Apple ID hunchotez38@icloud.com. While viewing text messages sent from

6

this device, case agents observed the following text messages conversation between an individual believed to be SMITH and "Playboy," who was using cellular phone number 414-803-1633.







26.     Based on their training and experience, and the investigation to date, case agents believe SMITH is obtaining controlled substances from "Playboy." Case agents also believe SMITH is informing "Playboy" he will not be able to cut the drugs. Case agents know through training and experience that cutting is a common process drug dealers use to maximize their profits. Drug dealers will mix a substance that is similar in texture and color with illicit drugs such as heroin, cocaine, or fentanyl to increase quantity. This process will also change the texture and color of the illicit drug and alter the effect of the drug.  If an illicit drug has been cut too much, a drug dealer will be unable to maximize profit and the illicit drug can become too diluted.

8

<u>Identification of Playboy</u>

27. On July 14, 2023, case agents debriefed a confidential source, hereinafter referred to as CS-1. CS-1 informed case agents that "Playboy," an associate and source of supply for SMITH, was selling kilograms of cocaine and/or fentanyl. CS-1 further identified "Playboy" as a "shooter." CS-1 stated "Playboy" uses Facebook profile "Chris Corleone" and showed case agents a Facebook photograph of "Playboy." In a post from June 24, 2022, "Playboy" posted a photograph depicting himself and a child with a caption that identified himself as "Uncle Playboy."

28. On July 17, 2023, case agents compared a booking photograph collected from the law enforcement database of Christopher D. FORTENBERRY with the Facebook photograph of the individual known as "Playboy." Case agents confirmed that FORTENBERRY is the same person depicted in the Facebook photograph of "Playboy."

29. On August 1, 2023, CS-1 informed case agents that FORTENBERRY contacted someone nicknamed "Nuke" about purchasing cocaine and/or fentanyl. CS-1 further stated "Playboy" informed "Nuke" that he had a shipment coming in soon. CS-1 stated "Playboy" was using cellular phone number (414) 808-5081. Case agents know it is common for drug dealers to use more than one phone number.

30. Case agents believe CS-1 is credible because CS-1 has provided law enforcement information in the past that has led to search warrants and the seizure of contraband and weapons. Additionally, the information CS-1 provided has been corroborated through independent investigation. That affiant is aware that CS-1 mentioned in this affidavit has a criminal history, including a non-felony criminal conviction, and is providing information to law enforcement for monetary gain. CS-1 had an opportunity to personally observe the events described herein. CS-1 made statements against his/her penal interest.

9

31. On August 3, 2023, your Affiant served T-Mobile an administrative subpoena for subscriber information related to phone number (414) 808-5081. T-Mobile's records show the subscriber for the cellular phone number is Twaquilla Gray of 6421 North 106th Street, Milwaukee, WI.

32. A check of the Wisconsin Circuit Court Access showed FORTENBERRY was issued a citation under Milwaukee County case no. 23TR011201 while operating a 2019 Volkswagen Atlas bearing Wisconsin registration ALD-6981. Wisconsin Department of Transportation records show the Volkswagen is registered to Twaquilla M. Gray, 6421 North 106th Street, Milwaukee, WI.

33. On August 17, 2023, case agents served United Airlines an administrative subpoena for all flight records for FORTENBERRY from January 1, 2023, to August 16, 2023. United Airlines records show the following travels:

- On January 31, 2023, FORTENBERRY was listed as a passenger on United Airlines flight No. 1049 that departed O'Hare International Airport in Chicago, Illinois and landed at San Francisco International Airport, in San Francisco, California. The records also show on February 3, 2023, FORTENBERRY was listed as a passenger on United Airlines flight No. 476 that departed San Francisco International Airport and landed at O'Hare International Airport. United Airlines records show email lasheddbylolaa@gmail.com was provided for the ticket purchase transaction.

- United Airlines records also show that on March 22, 2023, FORTENBERRY was listed as a passenger on United Airlines flight No. 1836 that departed O'Hare International Airport and landed at San Francisco International Airport. United Airlines records show email twaquillagray@gmail.com was provided for the ticket purchase transaction.

- United Airlines records also show that on April 15, 2023, FORTENBERRY was listed as a passenger on United Airlines flight No. 1999 that departed O'Hare International Airport and landed at San Francisco International Airport. United Airlines records show email christopherfortenberry91@gmail.com was provided for the ticket purchase transaction.

10

- United Airlines records show on May 9, 2023, FORTENBERRY is listed as a passenger on United Airlines flight no. 476 that departed San Francisco International Airport and landed at O'Hare International Airport. United Airlines records show email twaquillagray@gmail.com was provided for the ticket purchase transaction.

- United Airlines records show on July 7, 2023, FORTENBERRY is listed as a passenger on United Airlines flight no. 343 that departed O'Hare International Airport and landed at San Franscico International Airport. The records also show on July 10, 2023, FORTENBERRY is a passenger on United Airlines flight no. 2423 that departed San Francisco International Airport and landed at O'Hare International Airport. United Airlines records show email twaquillagray@gmail.com was provided for the ticket purchase transaction.

- United Airlines records show on July 26, 2023, FORTENBERRY is listed as a passenger on United Airlines flight no. 2051 that departed O'Hare International Airport and landed at San Francisco International Airport. United Airlines records show email twaquillagray@gmail.com was provided for the ticket purchase transaction.

- United Airlines records show on August 17, 2023, FORTENBERRY and Twaquilla GRAY are both listed as passengers on United Airlines flight no. 2385 that departed O'Hare International Airport and landed at George Bush International Airport in Houston, Texas. United Airlines records show on August 18, 2023, FORTENBERRY and GRAY are both listed as passengers on United Airlines flight no. 6035 that departed George Bush International Airport and landed at Milwaukee Mitchell International Airport. United Airlines records show email twaquillagray@gmail.com was provided for the ticket purchase transaction.

- United Airlines records show on August 21, 2023, FORTENBERRY and Twaquilla GRAY are both listed as passengers on United Airlines flight no. 1849 that departed Milwaukee Mitchell International Airport and landed at George Bush International Airport. United Airlines records show on the same day, FORTENBERRY and GRAY were passengers on United Airlines flight no. 1409 that departed Geroge Bush International Airport and landed at Milwaukee International Airport. United Airlines records show email twaquillagray@gmail.com was provided for the ticket purchase transaction.

11

34. On September 6, 2023, U.S. Magistrate Judge Stephen C. Dries, Eastern District of Wisconsin, authorized the collection of GPS/E-911 Phase II data (location information) (23-M-430) for FORTENBERRY's cellular phone assigned number (414) 808-5081. While monitoring the location data from FORTENBERRY's cellular phone, case agents observed that on September 9, 2023, at approximately 7:58 a.m., the user of (414) 808-5081 traveled to O'Hare International Airport. On the same date at approximately 1:28 p.m., the user of (414) 808-5081 arrived at the San Francisco International Airport in San Francisco, California. Location data showed that the user of (414) 808-5081 subsequently left the San Francisco Bay area. On September 10, 2023, at approximately 3:28 a.m., the user of (414) 808-5081 traveled back to the San Francisco International Airport. On the same date at approximately 11:48 a.m., the user of (414) 808-5081 arrived at O'Hare International Airport.

35. On September 28, 2023, at approximately 4:10 a.m., the user of (414) 808-5081 traveled to O'Hare International Airport. On the same date at approximately 10:00 a.m., the user of (414) 808-5081 arrived at the San Francisco International Airport. Trap and trace devices show the user of (414) 808-5081 stayed relatively close to the San Francisco International Airport. On the same date, at approximately 7:30 p.m., the user of (414) 808-5081 arrived at O'Hare International Airport.

36. On September 29, 2023, at approximately 11:15 a.m., the user of (414) 808-5081 traveled to O'Hare International Airport. On the same date at approximately 4:28 p.m., the user of (414) 808-5081 arrived at McCarran International Airport in Las Vegas, Nevada. On October 3, 2023, the user of (414) 808-5081 arrived at Milwaukee Mitchell International Airport.

37. I am aware that in January 2022, DEA TFO Troy Maas conducted a debrief of a confidential source (CS-2) who informed TFO Maas that FORTENBERRY was a multi-ounce to

12

kilogram quantity cocaine dealer who had a source of supply in San Francisco, California. For several reasons, case agents believe CS-2's information is reliable and credible. Substantial parts of CS-2's information have been independently corroborated and verified by law enforcement. CS-2 has made direct observations, which were further corroborated and verified by law enforcement. CS-2's information has been consistent with information obtained from travel records, utility records, telephone toll records, social media records, public databases, and surveillance. CS-2 has also provided information on violent crimes unrelated to this investigation, leading to the arrests of multiple suspects. CS-2 has prior convictions for theft, possession of controlled substances, possession of a firearm by a felon, manufacture or deliver controlled substances, and parole violations. CS-2 is cooperating with the government in exchange for financial compensation. CS-2 had an opportunity to personally observe the events described herein. CS-2 made statements against his/her penal interest.

38. Pen registers show the user of (414) 808-5081 is in contact with a phone number that has a California area code. Based on their training and experience, and the investigation to date, case agents believe that FORTENBERRY's quick trips to and from northern California (i.e., the San Francisco Bay area) are indicative of drug trafficking.

Email Search Warrants

39. On October 16, 2023, U.S. Magistrate Judge Nancy Joseph, Eastern District of Wisconsin, authorized a Google search warrant (23-1818M) for information and records for Google accounts: twaquillagray@gmail.com (used by GRAY) and christopherfortenberry91@gmail.com (used by FORTENBERRY). Case agents viewed FORTENBERRY's and GRAY's Gmail accounts and observed numerous incoming emails from Cash App. The emails were notifications of transactions on their respected accounts. Since

13

January 1, 2023, FORTENBERRY received 692 notification emails from Cash App. Since January 1, 2023, GRAY received 686 notification emails from Cash App.

40. Case agents viewed numerous transactions by FORTENBERRY and GRAY for large sums of money. Some of the transactions by GRAY were sent on behalf of FORTENBERRY. These transactions were noted as "for Playboy," which case agents know is FORTENBERRY's alias. Case agents viewed a transaction from July 7, 2023, where GRAY sent Cash App user $AMPBshah $2,000.00 for "iceeeee." Case agents know "ice" is a street term for crystal methamphetamine.

41. From February 25, 2023, to September 9, 2023, FORTENBERRY and GRAY sent Cash App user $Payuspaid7 a total of $7,000.00.

42. From January 1, 2023, to October 11, 2023, FORTENBERRY and GRAY have sent other Cash App users payments totaling $31,940.00 and have received a total of $52,674.00 during the same time span. Between June 13, 2023, and July 11, 2023, GRAY received a total of $21,000.00 from Cash App user $Topshelf2122.

43. Through a search of law enforcement records, case agents were able to identify Cash App user $Payuspaid7 as Tiffany S. RAYMOND with cellular phone number (414) 242-4782. RAYMOND's screen name for the Cash App account is "Perfect". Case agents conducted an inquiry at Safer Web.gov (Safety and Fitness Electronic Records) for the U.S. Department of Transportation Federal Motor Carrier Safety Administration. The inquiry showed records for Perfect Touch Property Preservation LLC (Perfect Touch) at 5279 North 57th Street, Milwaukee, WI, with phone number 414-242-4782. An inquiry with Wisconsin Department of Children and Families showed RAYMOND is the applicant for a registered childcare business "Perfect Children" located at 5279 North 57th Street, with phone number 414-242-4782. An inquiry with

14

the Wisconsin Department of Transportation shows RAYMOND's address as 5279 North 57th Street, Milwaukee, WI.

44.     In February 2024, case agents debriefed a confidential source, hereinafter referred to as CS-3. During the debrief CS-3 made statements against CS-3's penal interest. The CS admitted to selling large quantities of cocaine and marijuana in the Eastern District of Wisconsin. For several reasons, case agents believe CS-3's information is reliable and credible. Substantial parts of CS-3's information have been independently corroborated and verified by law enforcement.  CS-3 has made direct observations, which were further corroborated and verified by law enforcement. CS-3's information has been consistent with information obtained from travel records, utility records, telephone toll records, social media records, public databases, and surveillance.   CS-3 has prior convictions for possession of controlled substances. CS-3 is cooperating with the government in exchange for consideration in a criminal investigation.   CS-3 had an opportunity to personally observe the events described herein.  CS-3 made statements against his/her penal interest.

<u>Identification of Dominique Fortenberry</u>

45.     CS-3 identified Dominique L. FORTENBERRY as being a source of supply for cocaine and marijuana. Case agents showed CS-3 a booking photo of Dominique L. FORTENBERRY, and CS-3 positively identified the individual in the booking photo as being CS-3's source of supply for cocaine and marijuana.

46.     CS-3 stated D. FORTENBERY is currently in a State of South Carolina prison and facilitates the sale of cocaine and marijuana from prison. CS-3 stated D. FORTENBERRY possesses a hidden cellular phone that D. FORTENBERRY uses to conduct drug transactions.

47. CS-3 stated multiple individuals sell cocaine and marijuana on behalf of D. FORTENBERRY. CS-3 identified C. FORTENBERRY aka "Playboy" as D. FORTENBERRY's brother. CS-3 stated C. FORTENBERRY regularly flies to California from O'Hare International Airport to purchase marijuana. CS-3 stated the marijuana is often shipped back to Wisconsin via FedEx. CS-3 further stated RAYMOND's son, "Kid Von," also flies to California to purchase marijuana, but "Kid Von" will fly back to Wisconsin with the marijuana in his luggage.

48. Case agents showed CS-3 a booking photograph of Christopher FORTENBERRY, and CS-3 positively identified the subject depicted in the booking photograph as C. FORTENBERY.

49. CS-3 stated CS-3 has obtained controlled substances approximately 24 times in instances where D. FORTENBERRY arranged the drug transactions. CS-3 stated on an occasion D. FORTENBERRY arranged for CS-3 to purchase a large quantity of cocaine. CS-3 stated D. FORTENBERRY arranged for C. FORTENBERRY to deliver the cocaine to CS-3. CS-3 stated at the request of D. FORTENBERRY, CS-3 paid RAYMOND cash for the cocaine.

Identification of Safe Deposit Box

50. CS-3 stated D. FORTENBERRY has a **safe deposit box at the U.S. Bank** in Glendale, WI, that is rented by RAYMOND. CS-3 stated the **safe deposit box** contains a large amount of U.S. currency that is proceeds from drug dealing.

51. On March 12, 2024, case agents obtained a federal grand jury subpoena for U.S. Bank account records and safe deposit box records associated with RAYMOND. On April 15, 2024, U.S. Bank responded to the grand jury subpoena request and provided case agents with a consumer safe deposit box contract for RAYMOND. The contract shows RAYMOND began renting **safe deposit box # 1329 from U.S. Bank** on January 3, 2022. RAYMOND provided phone

16

number (414) 242-4782, the same phone number associated with RAYMOND's CashApp account. **Safe deposit box # 1329 from U.S. Bank** is located at the U.S Bank branch at 5888 North Port Washington Road, Glendale, WI 53217.

## <u>TRAINING AND EXPERIENCE ON SAFE DEPOSIT BOXES</u>

52.     Drug traffickers keep books, receipts, notes, ledgers, and other records relating to their drug distribution activities.  Because drug traffickers often "front" drugs to their customers - that is, sell the drugs on credit - or receive drugs from their suppliers on credit, such records are necessary to keep track of the amounts paid and owed by/to their customers and suppliers.  These ledgers are more commonly known as "pay/owe sheets," and may be as simple as notations on miscellaneous pieces of paper or may be recorded more formally in notebooks or even computer spreadsheets.   "Pay/owe sheets" are frequently encoded in order to protect the identities of customers and suppliers.  Drug traffickers often keep such records in their residences, stash houses, cars and safe deposit boxes.

53.     Drug traffickers commonly keep large sums of currency, financial instruments, precious metals, jewelry, gift cards, and other items of value, which are either the proceeds from drug sales or are intended for the purchase of drugs.  When drug traffickers amass such wealth, they often attempt to conceal it and its origin from discovery by law enforcement.  Drug traffickers use many different techniques to do so, including using digital currency, and using savings and checking accounts, securities, cashier's checks, money drafts and letters of credit to exchange drug proceeds into money that appears to come from a legitimate source.  Drug traffickers also use drug proceeds to purchase real estate or cars and establish shell corporations and business fronts that they use to launder drug proceeds.  Drug traffickers often use fictitious or "straw-holder" owners to conceal the true ownership of real estate, cars, or other valuable items purchased with the

17

proceeds of drug sales.  In addition, drug traffickers often use wire transfers, cashier's checks, and money orders to pay for drugs or other costs relating to their distribution activities.  Drug traffickers often keep these items of value, and records relating to them, in their residences, stash houses, cars and safe deposit boxes where they are readily available and concealed from law enforcement.

## CONCLUSION

54.     Based on the forgoing, there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1), and 846 have been committed by Christopher FORTENBERRY, Dominque FORTENBERRY, Tiffany RAYMOND and others known and unknown. There is also probable cause to search the Subject Premises described in Attachment A for evidence and instrumentalities of these crimes further described in Attachment B.

18

## <u>ATTACHMENT A</u>

### Property to Be Searched

The Safe Deposit Box #1329 that is located inside the U.S. Bank located at 5888 North

Port Washington Road, Glendale, WI, 53217.

2

# ATTACHMENT B

## Particular Things to be Seized

1. Evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1), and 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances), namely:

   a. United States currency in excess of $1,000, including the first $1,000 if more than $1,000 is found;

   b. Precious metal and jewelry;

   c. Bearer instruments worth over $1,000 (including cashier's checks, traveler's checks, certificates of deposit, stock certificates, and bonds), including the first $1,000 if instruments worth more than $1,000 are found;

   d. Documents and records relating to travel by air, bus, car, or other means, including calendars, travel itineraries, maps, airline ticket, baggage check stubs, frequent use club membership information, airline, hotel and rental car receipts, credit card bills and receipts, photographs, videos, passports, and visas;

   e. Documents and records reflecting the identity of, contact information for, communications with, or times, dates or locations of meetings with co-conspirators, sources of supply for controlled substances, or drug customers, sources of funds, financial records, records that may indicate ownership of cash and funds, including calendars, address books, telephone or other contact lists, hard copy correspondence, notes, photographs, and videos;

   f. Records, documents, programs, applications or materials relating to the trafficking of controlled substances, including ledgers, pay/owe records, distribution or customer

3

lists, correspondence, receipts, records, and documents noting price, quantities, and times when controlled substances were bought, sold, or otherwise distributed;

g.      Documents or records relating to any bank accounts, credit card accounts, other financial accounts, and wire transfer records;

h.      Documents and keys relating to public storage units, rental cars, safety deposit boxes, or Commercial Mail Receiving Agencies;

i.      Contents of any calendar or date book, including calendars or date books stored on digital devices; and

j.      Audio recordings, photographs, video recordings, or still captured images relating to the possession or distribution of controlled substances, and the collection, transfer or laundering of the proceeds of the offenses listed above, including recordings, photographs, and images stored on digital devices.

4

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

❒ Original

CLERK'S OFFICE
A TRUE COPY
Apr 25, 2024
s/ D. Olszewski
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | |
| the safe deposit box #1329 located inside the | ) | Case No.    24    MJ    101 |
| U.S. Bank at 5888 North Port Washington | ) | **Matter No.: 2023R00486** |
| Road, Glendale, WI, 53217; (See Attachments) | ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:        Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    05/09/2024    *(not to exceed 14 days)*

❒ in the daytime 6:00 a.m. to 10:00 p.m.        ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. William E. Duffin    .
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❒ for _____ days *(not to exceed 30)*    ❒ until, the facts justifying, the later specific date of _____ .

Date and time issued:    04/25/2024 at 1:30 p.m.        *William E. Duffin*
                                                    *Judge's signature*

City and state:        Milwaukee, Wisconsin        Hon. William E. Duffin, U.S. Magistrate Judge
                                                    *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

The Safe Deposit Box #1329 that is located inside the U.S. Bank located at 5888 North Port Washington Road, Glendale, WI, 53217.

2

# ATTACHMENT B

## Particular Things to be Seized

1.      Evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1), and 846 (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances), namely:

a.      United States currency in excess of $1,000, including the first $1,000 if more than $1,000 is found;

b.      Precious metal and jewelry;

c.      Bearer instruments worth over $1,000 (including cashier's checks, traveler's checks, certificates of deposit, stock certificates, and bonds), including the first $1,000 if instruments worth more than $1,000 are found;

d.      Documents and records relating to travel by air, bus, car, or other means, including calendars, travel itineraries, maps, airline ticket, baggage check stubs, frequent use club membership information, airline, hotel and rental car receipts, credit card bills and receipts, photographs, videos, passports, and visas;

e.      Documents and records reflecting the identity of, contact information for, communications with, or times, dates or locations of meetings with co-conspirators, sources of supply for controlled substances, or drug customers, sources of funds, financial records, records that may indicate ownership of cash and funds, including calendars, address books, telephone or other contact lists, hard copy correspondence, notes, photographs, and videos;

f.      Records, documents, programs, applications or materials relating to the trafficking of controlled substances, including ledgers, pay/owe records, distribution or customer

3

lists, correspondence, receipts, records, and documents noting price, quantities, and times when controlled substances were bought, sold, or otherwise distributed;

g. Documents or records relating to any bank accounts, credit card accounts, other financial accounts, and wire transfer records;

h. Documents and keys relating to public storage units, rental cars, safety deposit boxes, or Commercial Mail Receiving Agencies;

i. Contents of any calendar or date book, including calendars or date books stored on digital devices; and

j. Audio recordings, photographs, video recordings, or still captured images relating to the possession or distribution of controlled substances, and the collection, transfer or laundering of the proceeds of the offenses listed above, including recordings, photographs, and images stored on digital devices.

4